IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY, | 1:04-CV-5935-AWI-SMS-P |
| Plaintiff, | |
| vs. | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| R. SALDANO, et al., | (DOCUMENT #15) |
| Defendants. / | |

Plaintiff is a prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

On August 3, 2004, this Court granted Plaintiff's Application to Proceed In Forma Pauperis.  Thus, Plaintiff's resubmission of the Motion is not necessary.  Accordingly, the Application to Proceed In Forma Pauperis is DENIED as moot.

IT IS SO ORDERED.

**Dated:   February 7, 2006**          **/s/ Sandra M. Snyder**
b6edp0                                  UNITED STATES MAGISTRATE JUDGE