# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>              Plaintiff,<br><br>       v.<br><br>SALDANA, et. al.,<br><br>              Defendants.<br>_____ / | CV F   04 5935 AWI SMS P<br><br>ORDER DENYING MOTION FOR ORDER TO CORRESPOND WITH INMATE<br><br>(Doc. 22.) |

   Bruce Patrick Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on July 6, 2004.  On November 22, 2005, the Court screened the Complaint and dismissed it with leave to amend. Plaintiff filed a First Amended Complaint on December 16, 2005.  On December 19, 2005, Plaintiff filed another Complaint also titled "First Amended Complaint."

   On November 20, 2006, Plaintiff filed a pleading titled "Motion Requesting Order to Correspond with Inmate Witness."  In this pleading, Plaintiff asks the Court to issue an Order directing the prison to allow Plaintiff to confidentially correspond with an inmate incarcerated at another prison.  Plaintiff states that this other inmate is a witness in his case and that he needs to be able to correspond with him to litigate this case.

1    The Court is unable to issue the type of Order requested by Plaintiff.  At best and under
2 the right circumstances, the Court would merely make a request to the prison that Plaintiff be
3 allowed to communicate with another inmate he contends is a witness in his case.  Such a
4 request, however, cannot be made casually.

5    Here, according to the Court docket, Plaintiff's Second Amended Complaint has not yet
6 been screened by the Court to determine whether it states a cognizable claim for relief.  Until
7 such screening occurs and the Court makes such a finding, the Court will not order service of the
8 Complaint on the named Defendants.  Only after the Complaint is served, an Answer is filed and
9 the Court opens discovery, may Plaintiff begin to develop his case through discovery which
10 would include communication with necessary witnesses.  Plaintiff would need to make a
11 showing at that time exactly why a particular inmate witness and communication with that
12 witness is necessary to his case.  Even upon such a showing, Plaintiff is reminded that the Court
13 cannot Order the prison to allow such communication, it can only make a request that it be
14 allowed.  At this stage in the proceedings and for the reasons set forth above, however, Plaintiff's
15 request must be denied.

16    The Court HEREBY ORDERS:

17    1.    Plaintiff's Request for Order to Correspond with Inmate Witness is DENIED.

20 IT IS SO ORDERED.

21 **Dated:   December 7, 2006**          **/s/ Sandra M. Snyder**
   icido3                        UNITED STATES MAGISTRATE JUDGE