1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11

12    BRUCE PATRICK HANEY,                    )        1:04-CV-05935-AWI-SMS-P
                                              )
13              Plaintiff,                    )        ORDER GRANTING EXTENSION OF TIME
                                              )
14              v.                            )        (Doc. 25)
                                              )
15    SALDANA, et al.,                        )
                                              )
16              Defendants.                   )
      _____)
17

18              Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

19    § 1983.  On February 7, 2007, plaintiff filed a motion for an extension of time to file a third amended

20    complaint, pursuant to the court's order of January 10, 2007.  In light of the fact that plaintiff filed the

21    third amended complaint on February 26, 2007, and good cause having been presented to the court, IT

22    IS HEREBY ORDERED THAT plaintiff's motion for an extension of time to file a third amended

23    complaint is GRANTED nunc pro tunc to February 12, 2007.

24    IT IS SO ORDERED.

25    **Dated:    March 21, 2007**                      **/s/ Sandra M. Snyder**
      b6edp0                                        UNITED STATES MAGISTRATE JUDGE
26

27

28