# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SALDANA, et. al.,<br><br>　　　　　　Defendants. | 1:04-CV-05935-AWI-SMS-P<br><br>ORDER DENYING MOTION TO PROCEED IN OPEN COURT<br><br>ORDER DENYING REQUEST FOR UPDATE OF STATUS OF CASE<br><br>(Doc. 28) |

　　Bruce Patrick Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 15, 2007, Plaintiff filed a motion to proceed in open court with this action. Plaintiff requests to litigate all issues in his case in open court, in person. Plaintiff also requests an update of the status of his case.

　　In regards to Plaintiff's request for an update of the status of his case, due to the large number of civil actions pending before the court, the court is unable to respond in writing to individual inquiries regarding the status of a case. As long as parties keep the court apprised of their most current addresses, they will receive all court decisions which may affect the status of the case. See Local Rule 83-183(b). Therefore, Plaintiff's request for an update of the status of his case shall be denied.

　　In regards to Plaintiff's motion to proceed in open court with all the issues in this action,

1 all motions, except motions to dismiss for lack of prosecution, filed in cases wherein one party is
2 incarcerated and proceeding in propria persona, shall be submitted upon the record without oral
3 argument unless otherwise ordered by the Court.  See Local Rule 78-230(m).  Such motions are
4 not noticed on the motion calendar, and the parties do not appear in open court to resolve such
5 motions.  Id.  Plaintiff is incarcerated and proceeding in propria persona with this action.
6 Plaintiff has not presented sufficient reasons for the Court to order oral argument for all issues in
7 his case.  Although oral argument is appropriate under some circumstances to resolve one or
8 more motions in an action brought by a plaintiff who is incarcerated and proceeding in propria
9 persona, the court does not lightly use its discretion to order court appearances in such a case.
10 Plaintiff argues that proceeding in open court will prevent delays by Defendants.  In this court's
11 experience, requiring court appearances does not prevent delays.  In fact, requiring an inmate to
12 make court appearances presents procedural problems that cause delay and confusion.
13 Transporting inmates to and from court is costly and involves the coordination of multiple
14 agencies.  Delay often arises from the frequent transfer of inmates to other facilities or
15 institutions and the changes in address that occur when inmates are released on parole.
16 Therefore, the court declines to issue an order for Plaintiff to proceed in open court with all
17 issues in this action.
18         Accordingly, IT IS HEREBY ORDERED that:
19         1.      Plaintiff's request for an update of the status of his case is DENIED, and
20         2.      Plaintiff's motion to proceed in open court is DENIED.
21 IT IS SO ORDERED.
22 **Dated:   May 21, 2007**                       /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE