IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY, | 1:04-cv-05935-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 31.) |
| R. SALDANA, et al., | ORDER FOR CASE TO PROCEED AGAINST DEFENDANTS SALDANA AND NELSON ONLY, ON PLAINTIFF'S EIGHTH AMENDMENT CLAIMS, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |
| Defendants. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| _____/ | THIRTY DAY DEADLINE |

Bruce Patrick Haney ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 16, 2008, findings and recommendations were entered, recommending that this action proceed on plaintiff's third amended complaint against defendants Saldana and Nelson only, on plaintiff's Eighth Amendment claims, and all other claims be dismissed. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty

1

1  days. To date, plaintiff has not filed objections or otherwise responded to the findings and
2  recommendations.
3        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-
4  305, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire
5  file, the court finds the findings and recommendations to be supported by the record and proper
6  analysis.
7        Accordingly, THE COURT HEREBY ORDERS that:

8. 1. The Findings and Recommendations issued by the Magistrate Judge on October 16, 2008, are adopted in full;
10. 2. This action now proceeds on plaintiff's third amended complaint filed February 26, 2007, against defendants Saldana and Nelson only, on plaintiff's Eighth Amendment claims regarding deliberate indifference to a serious medical need ;
14. 3. All other claims and defendants are dismissed from this action;
15. 4. Plaintiff's claims for violation of his rights under the Equal Protection Clause are dismissed with prejudice;
17. 5. Defendants James R. Yates and the California Department of Corrections are dismissed from this action;
19. 6. The Clerk of Court shall reflect dismissal of defendants James R. Yates and the California Department of Corrections pursuant to this order, on the court's docket;
22. 7. Service is appropriate for the following defendants:
    C/O R. SALDANA
    SERGEANT D. NELSON
25. 8. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed February 26, 2007 (Doc. 26).

2

9. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed third amended complaint filed February 26, 2007.

10. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

11. This action is referred back to the Magistrate for further scheduling; and

12. Plaintiff's failure to comply with this order may result in a dismissal of this action.

IT IS SO ORDERED.

**Dated:   December 15, 2008**          　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

3