IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE PATRICK HANEY,** | Case No. 1:04-CV-05935 AWI SMS |
| Plaintiff, | **ORDER** |
| v. | |
| **R. SALDANO, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants Nelson and Saldana are granted a thirty-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before April 29, 2009.

It is so ORDERED…..

Date: 3/30/2009 　　　　　　　　　　　　　　　　/s/ SANDRA M SNYDER
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

PDF created with pdfFactory trial version www.pdffactory.com