IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY, | 1:04-cv-05935-AWI-SMS-PC |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND DEADLINES |
| vs. | (Document #53) |
| R. SALDANA, et al., | New Discovery Cut-Off Date - 03/18/10 |
| Defendants. | New Dispositive Motion Deadline - 05/20/10 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2010, defendants filed a motion to extend time to complete discovery and file dispositive motions, due to a delay in taking plaintiff's deposition caused by malfunction of video equipment. (Doc. 47.) Good cause having been presented to the Court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The motion for extension of deadlines is GRANTED as to all parties to this action;
2. All discovery, including motions to compel, formerly to be completed by February 1, 2010, shall be completed by **March 18, 2010**; and
3. The deadline for serving and filing pre-trial dispositive motions, formerly April 5, 2010, is extended to **May 20, 2010.**

IT IS SO ORDERED.

**Dated:   February 2, 2010          /s/ Sandra M. Snyder**
ED STATES MAGISTRATE JUDGE