# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>             Plaintiff,<br><br>      vs.<br><br>R. SALDANO, et al.,<br><br>             Defendants.<br>_____/ | 1:04-cv-05935-AWI-SMS-PC<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CORRECT SPELLING OF NAME OF DEFENDANT IN COURT'S FILE AND ON CM/ECF FROM "R. SALDANO" TO "R. SALDANA" |

   Plaintiff Bruce Patrick Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint commencing this action on July 6, 2004.  (Doc. 1.)  In the original pleading, Plaintiff named as a Defendant, Correctional Officer "R. Saldano."  (*Id.*)  This action now proceeds under the Third Amended Complaint, filed on February 26, 2007, in which Plaintiff named this same officer under the spelling of "R. Saldana."  (Doc. 26.)  Each time that a document has been filed by the defense, most importantly in the request for an extension of time to respond to the complaint and in the answer, this officer has been identified as "R. Saldana."  (Docs. 42 and 46.)

   Since this Defendant was identified by the surname spelling of "Saldano" in the first complaint filed by Plaintiff, the Court's file and the CM/ECF docket reflect that spelling.  However, from subsequent filings, it appears that the correct surname spelling of this Defendant is "Saldana."

   Accordingly, the Clerk of the Court is hereby directed to change the spelling of Defendant R. Saldana's name from "Saldano" to "Saldana" in the Court's file and on the CM/ECF docket.

IT IS SO ORDERED.

Dated:    August 24, 2010              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1