# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRUCE PATRICK HANEY,

              Plaintiff,

   v.

SALDANA, et al.,

              Defendants.

_____/

CASE NO. 1:04-cv-05935-AWI-SKO PC

ORDER DENYING MOTION SEEKING
EXCERPTS OF RECORDS ON APPEAL

(Doc. 92)

Plaintiff Bruce Patrick Haney ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Following grant of summary judgment and entry of judgment in favor of the defendants on June 16, 2011, Plaintiff filed a notice of appeal on June 23, 2011.

On June 30, 2011, Plaintiff filed a motion requesting that copies of various documents in this case be forwarded to the Ninth Circuit Court of Appeals. (Doc. 92.) Plaintiff's appeal has been processed to the Ninth Circuit. (Doc. 90.) Processing a case for appeal includes a certification of the record in Plaintiff's action in this Court in compliance with Rule 11 of the Rules of Appellate Procedure. (Doc. 90-2.) The Ninth Circuit Court of Appeals has access to the Court's entire file in this case and will request any necessary documents that it desires, that are in the record, directly from this Court.

Based on the foregoing, Plaintiff's motion requesting that copies of various documents in this case be forwarded to the Ninth Circuit Court of Appeals, filed June 30, 2011 (Doc. 92), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   July 18, 2011                      /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE