# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SALDANA, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:04-cv-05935-AWI-SKO PC<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO REASSIGN THIS ACTION TO UNITED STATES MAGISTRATE JUDGE SANDRA M. SNYDER |

　　　Following the decision issued by the United States Court of Appeals for the Ninth Circuit, this action has been reopened, and the Court HEREBY ORDERS as follows:

　　　1.　　The Clerk of the Court SHALL reassign this action from United States Magistrate Judge Sheila K. Oberto to United States Magistrate Judge Sandra M. Snyder; and

　　　2.　　The new case number shall be 1:04-cv-05935-AWI-SMS PC.

IT IS SO ORDERED.

Dated:　August 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE