# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALDANA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05935-AWI-SMS PC<br><br>ORDER REQUIRING PARTIES TO FILE JOINT STATEMENT WITHIN THIRTY DAYS DELINEATING DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>THIRTY (30) DAY DEADLINE |

　　　　Plaintiff, Bruce Patrick Haney (hereinafter "Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2004. On January 19, 2011, this Court issued Findings and Recommendations ("the F&R") recommending, among other things, that the Motion for Summary Judgment filed by Defendants Nelson and Saldana be granted and that the case be closed. (Doc. 72.)  The parties were given thirty (30) days from service of the F&R to file objections.  (<u>Id.</u>)  Plaintiff requested multiple extensions of time to file objections which were granted such that his objections were due July 18, 2011. (Docs. 73, 74, 81, 82, 84, 85.)  Plaintiff filed objections.  (Doc. 86.)  The F&R was adopted in full, Defendants were granted summary judgment, and a defense judgment was entered. (Docs. 87, 88.)  Plaintiff filed an appeal which affirmed in part, vacated in part, and remanded the matter with instructions to allow for completion of discovery. (Docs. 89, 90, 91, 97, 101.)

　　　　Accordingly, IT IS HEREBY ORDERED that within thirty (30) days from the date of service of this order, the parties shall (1) meet and confer and (2) file a joint statement setting

forth proposed dates for the completion of discovery (including motions to compel) and filing of dispositive motions.

IT IS SO ORDERED.

**Dated:   November 12, 2012**                        /s/ Sandra M. Snyder
                                                                        UNITED STATES MAGISTRATE JUDGE