# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PATRICK HANEY, | CASE NO. 1:04-cv-05935-AWI-SMS PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO ADVISE WHETHER INCLUSION IN SETTLEMENT WEEK WOULD BE BENEFICIAL |
| v. | |
| SALDANA, et al., | THIRTY (30) DAY DEADLINE |
| Defendants. / | |

Plaintiff, Bruce Patrick Haney (hereinafter "Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2004.

During the entire week of June 10, 2013, the Eastern District of California, Fresno and Sacramento Divisions, is hosting Settlement Week, during which judges and volunteer mediators will conduct settlement conferences and mediation sessions at no charge to the parties.

The parties shall meet and confer to determine whether they believe participation in a settlement conference would be beneficial.  After meeting and conferring, the parties shall contact Pro Bono Program Director Sujean Park at (916) 930-4278 or spark@caed.uscourts.gov and inform her whether they would like to participate in Settlement Week.

Based on the foregoing, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, the parties shall meet and confer regarding participation in Settlement Week and notify Pro Bono Program Director Sujean Park whether they believe participation would be beneficial.

IT IS SO ORDERED.

Dated:   March 8, 2013               /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1